## MRS. E. G. AUTH, Respondent, v. FARMERS ELEVATOR COMPANY, Appellant.

### (169 N. W. 82.)

This case is governed by the decision rendered in Auth v. Kuroki Elevator Co. ante, 533.

Opinion filed July 19, 1918. Rehearing denied September 25, 1918.

Appeal from the District Court of Bottineau County, North Dakota, Honorable *A. G. Burr,* Judge.

Affirmed.

*J. J. Weeks,* for respondent.

*W. J. Cooper* (*H. S. Blood,* of counsel), for appellant.

GRACE, J. This action is on the short cause calender, and was submitted at the same time as the case of Auth v. Kuroki Elevator Co. ante, 533, 169 N. W. 80.

The facts in the case are the same as in Auth v. Kuroki Elevator Co. In principle, this case is also identical with that.

On the authority of the case of Auth v. Kuroki Elevator Co. the judgment appealed from is affirmed, with costs.